JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO APPAREL GROUP, a New York Limited Liability Company; THE WET SEAL, INC., a Delaware Corporation; BOSCOV'S DEPARTMENT STORE, LLC, a Pennsylvania Limited Liability Company; ROSS STORES, INC., a Delaware Corporation; RUE 21, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:16-CV-01548-RGK-(AGRx)<br><br>*Honorable R. Gary Klausner, Presiding*<br><br>[~~PROPOSED~~] **ORDER DISMISSING THE ACTION WITH PREJUDICE** |

## **ORDER**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is hereby dismissed *with* prejudice in its entirety, against all Defendants, together with all claims and/or causes of action arising therefrom; and

2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Date: October 20, 2016

_____
The Honorable R. Gary Klausner
United States District Judge